**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 18-6295

ALPHONSO HAYNESWORTH,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH, SVPTP; KIMBERLY POHOLCHUK; CYNTHIA HELFF; HOLLY SCATURO; VERSIE BELLAMY,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Cameron McGowan Currie, Senior District Judge.  (2:16-cv-03623-CMC)

Submitted:  July 26, 2018                                      Decided:  July 31, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alphonso Haynesworth, Appellant Pro Se.  Melissa Jill Arnold, Daniel Roy Settana, Jr., MCKAY LAW FIRM, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonso Haynesworth appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Haynesworth v. S.C. Dep't of Mental Health*, No. 2:16-cv-03623-CMC (D.S.C. Mar. 15, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*